IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Barnes, Roberta

Printed: 10/2/07

Case Number: 07 B 04844
Judge: Wedoff, Eugene R
Filed: 3/20/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: July 26, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,289.88 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 1,289.88 |
| Totals: | 1,289.88 | 1,289.88 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | AMC Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 2. | Carl Sandburg Village Condo Associates | Secured | 8,249.84 | 0.00 |
| 3. | AMC Mortgage Services Inc | Secured | 2,353.48 | 0.00 |
| 4. | ECast Settlement Corp | Unsecured | 281.83 | 0.00 |
| 5. | Portfolio Recovery Associates | Unsecured | 1,305.62 | 0.00 |
| 6. | Capital One | Unsecured | 0.00 | 0.00 |
| 7. | Capital One | Unsecured | 0.00 | 0.00 |
| 8. | Internal Revenue Service | Priority |  | No Claim Filed |
| 9. | Capital One | Unsecured |  | No Claim Filed |
| 10. | Capital One | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 12,190.77 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Barnes, Roberta                                             Case Number:  07 B 04844
                                                                        Judge:  Wedoff, Eugene R
          Printed:  10/2/07                                             Filed:  3/20/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                       Marilyn O. Marshall, Trustee, by:

                       _Denise Ashley_